IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAR 29 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

SANDRA MARIETTA ROBINSON,

Plaintiff,

v.           CIVIL ACTION NO. 2:08CV495

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

Defendant.

## FINAL ORDER

Plaintiff Sandra Marietta Robinson ("Plaintiff") brought this action under Title 42, United States Code, Section 405(g) seeking judicial review of the decisions of the of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits under Title II of the Social Security Act.

By Order dated June 1, 2009, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, for a Report and Recommendation. The Report and Recommendation of the Magistrate Judge was filed on January 28, 2010, recommending that the final decision of the Commissioner be affirmed. By copy of the Report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. On February 8, 2010, the Court received Plaintiff's Objections to United States Magistrate Judge's Report and Recommendation.

Following a de novo review of the Magistrate Judge's Report and Recommendation and a

review of Plaintiff's three objections, the Court finds that the ALJ's decision in this case was supported by substantial evidence and finds that the Magistrate Judge's Report describes in detail the substantial evidentiary support for the ALJ's decision. As such, the Court hereby **ADOPTS** the findings and recommendations set forth in the Report of the United States Magistrate Judge filed on January 28, 2010. The decision of the Commissioner is **AFFIRMED**. Accordingly, Defendant's Motion for Summary Judgment is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED**, and this case is **DISMISSED**.

The Clerk of the Court is **DIRECTED** to mail a copy of this Final Order to all counsel of record for the parties

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

March 2�, 2010

Norfolk, Virginia